*Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 246. MONROE ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Myron G. Ehrlich* for Monroe et al., *John H. Burnett* and *George E. C. Hayes* for Simkins, *Joseph Sitnick* for Taylor, and *Curtis P. Mitchell* and *DeLong Harris* for Anderson et al., petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 322. SHIBLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *A. L. Wirin, Sam Rosenwein* and *Daniel G. Marshall* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 243. SHIBLEY *v.* UNITED STATES. C. A. 9th Cir. The motion for leave to file brief of William B. Enright et al., as *amici curiae,* is denied. Certiorari denied. *Morris Lavine, Daniel G. Marshall, A. L. Wirin* and *Sam Rosenwein* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 315. THOMAS *v.* THOMAS. Kansas City Court of Appeals, State of Missouri. Certiorari denied. *Hayden C. Covington* for petitioner.